UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GREGORY ANDRE SMITH,

    Plaintiff,

v.

A. HEDGPETH, et al.,

    Defendants.

Case No: C 13-1052 SBA (PR)

**ORDER DENYING PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION AS MOOT**

This matter is presently is presently before the Court on Plaintiff's pro se request for a preliminary injunction. Dkt. 12. Specifically, he seeks an order compelling the Salinas Valley State Prison medical staff to refer him to "an outside stomach specialist for ongoing pancreas/stomach related pains . . . ." Id. at 1.

At the Court's direction, Defendants filed a response to Plaintiff's motion. Dkt. 47. In their response, Defendants indicate that subsequent to the filing of his motion, Plaintiff was transferred to the Natividad Medical Center, Department of Gastroenterology, in response to his complaints of stomach pain. Dkts. 47 at 2; 47-1 at 7-10, 14.[1] The medical records provided by Defendants show that on July 22, 2014, a colonoscopy was performed on Plaintiff by Dr. Mumtaz G. Tabbaa. Dkt. 47-1 at 12-15. Additionally, on August 5, 2014, Plaintiff was examined by Dr. Tabbaa, who performed an endoscopy. Id. at 7-8. An ultrasound of Plaintiff's abdomen was also taken. Id. at 9.

To obtain a preliminary injunction, the moving party must show: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm to the moving party in the

---

[1] Page number citations refer to those assigned by the Court's electronic case management filing system and not those assigned by the parties.

absence of preliminary relief; (3) that the balance of equities tips in the moving party's favor; and (4) that an injunction is in the public interest.  Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008).  A preliminary injunction is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief[.]"  Id. at 22.  Plaintiff has made no showing as to any of the Winter elements.  Moreover, the record shows that the motion appears to be moot, as Defendants have already afforded the relief that Plaintiff seeks in his motion.  Accordingly,

   IT IS HEREBY ORDERED THAT Plaintiff's motion for preliminary injunction is DENIED.  The parties shall abide by the briefing schedule in the Court's July 9, 2014 Order of Service.  This Order terminates Docket No. 12.

   IT IS SO ORDERED.

Dated: September 26, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.13\Smith1052.denyTRO092514.docx