1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **GREGORY ANDRE SMITH,**                    Case No. C 13-01052 SBA (PR)

12 |                              Plaintiff,    **ORDER**

13 |

14 |              **v.**

15 | **A. HEDGPETH, et al.,**

16 |                              Defendants.

17

18        Defendants Vinson, Collier, Ceja, Rodriguez, Powell, Mejai, Roennman, Spaulding,

19   Castillo, Machuca, Sanudo, Miramontes, Reyes, Montano, Diaz, Bailey, Dornan, Franco, Mack,

20   Ornealas, Trexler, and Gudino (Defendants) filed a request for extension of time of seventy-five

21   days, up to and including January 26, 2015, in which to file a motion for summary judgment or

22   other dispositive motion.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    The Court has read and considered Defendants' request and the accompanying declaration

2  of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for

3  an extension of time is GRANTED.  The time for Defendants to file a motion for summary

4  judgment or other dispositive motion is extended for seventy-five days, up to and including

5  January 26, 2015.  Plaintiff's opposition to the dispositive motion shall be filed with this Court

6  and served on Defendants no later than **twenty-eight (28) days** from the date the dispositive

7  motion is filed.  A reply brief shall be filed and served no later than **fourteen (14) days** after

8  Plaintiff's opposition is filed.

9

10    IT IS SO ORDERED.

11

12  Dated:  October 30, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

14  P:\PRO-SE\SBA\CR.13\Smith1052.GrantEOT-MSJ.doc