IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY ANDRE SMITH,** | Case No. C 13-01052 SBA (PR) |
| Plaintiff, | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **A. HEDGPETH, et al.,** | |
| Defendants. | |

Defendants Vinson, Collier, Ceja, Rodriguez, Powell, Mejai, Roennman, Spaulding, Castillo, Machuca, Sanudo, Miramontes, Reyes, Montano, Diaz, Bailey, Dornan, Franco, Mack, Ornealas, Trexler, and Gudino (Defendants) filed a request for a second extension of time of sixty days, up to and including March 27, 2015, in which to file a motion for summary judgment or other dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    The Court has read and considered Defendants' request and the accompanying declaration
2    of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for
3    a second extension of time is GRANTED.  The time for Defendants to file a motion for summary
4    judgment or other dispositive motion is extended for sixty days, up to and including **March 27,**
5    **2015**.  Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on
6    Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed.  A
7    reply brief shall be filed and served no later than **fourteen (14) days** after Plaintiff's opposition is
8    filed.

10   IT IS SO ORDERED.

12   Dated: 1/12/2015

     _SAUNDRA B. Armstrong_ (signature)
     SAUNDRA BROWN ARMSTRONG
     United States District Judge

14   P:\PRO-SE\SBA\CR.13\Smith1052.2ndGrantEOT-MSJ.doc