UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY ANDRE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>L. TREXLER, et al.,<br><br>Defendants. | Case No.  13-cv-01052-SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order Partially Granting Defendants' Motion for Summary Judgment and Severing Misjoined Defendants,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant L. Trexler.

IT IS SO ORDERED.

Dated:  3/10/16

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.13\Smith1052.judgment.docx

United States District Court
Northern District of California